**STATE of Missouri, Respondent,**

v.

**Dino ZUNA, Appellant.**

**WD 79845**

Missouri Court of Appeals, Western District.

Order filed: May 16, 2017

Risa N. Perkins, for Respondent.

Michael E. Carter, for Appellant.

Before Division Three: Anthony Rex Gabbert, Presiding Judge, Victor C. Howard, Judge and Cynthia L. Martin, Judge

## ORDER

PER CURIAM:

Dino Zuna appeals his conviction of class B misdemeanor exceeding the posted speed limit by twenty miles per hour or more and sentence of two days in jail and fine of $500. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 30.25(b).